Nicholas J. Bontrager, Esq. (SBN 252114)
Krohn & Moss, Ltd.
10474 Santa Monica Blvd., Suite 401
Los Angeles, CA 90025
T: (323) 988-2400; F: (866) 802-0021
nbontrager@consumerlawcenter.com
BEN BAKER

**UNITED STATES DISTRICT COURT,
EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| BEN BAKER, | Case No.: |
| Plaintiff, | **COMPLAINT AND DEMAND FOR JURY TRIAL** |
| v. | |
| CREDITORS INTERCHANGE RECEIVABLE MANAGEMENT, LLC, | **(Unlawful Debt Collection Practices)** |
| Defendant. | |

**VERIFIED COMPLAINT**

BEN BAKER (Plaintiff), by his attorneys, KROHN & MOSS, LTD., alleges the following against CREDITORS INTERCHANGE RECEIVABLE MANAGEMENT, LLC (Defendant):

**INTRODUCTION**

1. Count I of Plaintiff's Complaint is based on the Fair Debt Collection Practices Act, *15 U.S.C. 1692 et seq.* (FDCPA).

2. Count II of the Plaintiff's Complaint is based on Rosenthal Fair Debt Collection Practices Act, *Cal. Civ. Code §1788 et seq.* (RFDCPA).

**JURISDICTION AND VENUE**

3. Jurisdiction of this court arises pursuant to *15 U.S.C. 1692k(d)*, which states that such actions may be brought and heard before "any appropriate United States district court

without regard to the amount in controversy," and *28 U.S.C. 1367* grants this court supplemental jurisdiction over the state claims contained therein.

4. Defendant conducts business in the state of California, and therefore, personal jurisdiction is established.

5. Venue is proper pursuant to *28 U.S.C. 1391(b)(2)*.

## PARTIES

6. Plaintiff is a natural person residing in Visalia, Tulare County, California.

7. Plaintiff is a consumer as that term is defined by *15 U.S.C. 1692a(3)* and Defendant is attempting to collect a debt by communicating with Plaintiff as that term is defined by *15 U.S.C. 1692a(5)* and *Cal. Civ. Code § 1788.2(h)*.

8. Defendant is a debt collector as that term is defined by *15 U.S.C. 1692a(6)* and *Cal. Civ. Code §1788.2(c)*, and sought to collect a consumer debt by contacting Plaintiff.

9. Defendant is a national company located in Cheektowaga, New York, and conducts business in California.

10. At all times relevant to this Complaint, Defendant has acted through its agents employees, officers, members, directors, heir, successors, assigns, principals, trustees, sureties, subrogees, representatives and insurers in the District of California.

## FACTUAL ALLEGATIONS

11. Defendant places collection calls to Plaintiff seeking and demanding payment of an alleged debt.

12. Defendant calls Plaintiff on his cellular telephone, from telephone number, 800-724-1107.

13. Defendant called Plaintiff at 6:50am on February 22, 2011, and at 7:46am and 7:48am on February 16, 2011 (See Exhibit A).

14. Defendant leaves messages for Plaintiff that fail to disclose that the call is from a debt

collector (See Exhibit B).

## COUNT I
## DEFENDANT VIOLATED THE FAIR DEBT COLLECTION PRACTICES ACT

15. Defendant violated the FDCPA based on the following:

   a. Defendant violated *§1692c(1)* of the FDCPA by communicating with Plaintiff at an usual time known to be inconvenient to Plaintiff because Defendant calls Plaintiff at 6:50am, 7:46am and 7:48am.

   b. Defendant violated *§1692d* of the FDCPA by engaging in conduct of which the natural result is the abuse and harassment of the Plaintiff.

   c. Defendant violated *§1692e(11)* of the FDCPA by failing to state that the call is from a debt collector.

WHEREFORE, Plaintiff, BEN BAKER respectfully requests judgment be entered against Defendant, CREDITORS INTERCHANGE RECEIVABLE MANAGEMENT, LLC, for the following:

16. Statutory damages pursuant to the Fair Debt Collection Practices Act, *15 U.S.C. 1692k*,

17. Costs and reasonable attorneys' fees pursuant to the Fair Debt Collection Practices Act, *15 U.S.C. 1692k*

18. Any other relief that this Honorable Court deems appropriate.

## COUNT II
## DEFENDANT VIOLATED THE ROSENTHAL FAIR DEBT COLLECTION PRACTICES ACT

19. Plaintiff repeats and realleges all of the allegations in Count I of Plaintiff's Complaint as the allegations in Count II of Plaintiff's Complaint.

20. Defendant violated the RFDCPA based on the following:

   a. Defendant violated the *§1788.17* of the RFDCPA by continuously failing to comply with the statutory regulations contained within the FDCPA, *15 U.S.C. § 1692 et seq*.

WHEREFORE, Plaintiff, BEN BAKER respectfully requests judgment be entered against Defendant, CREDITORS INTERCHANGE RECEIVABLE MANAGEMENT, LLC, for the following:

21. Statutory damages pursuant to the Rosenthal Fair Debt Collection Practices Act, *Cal. Civ. Code §1788.30(b)*,

22. Costs and reasonable attorneys' fees pursuant to the Rosenthal Fair Debt Collection Practices Act, *Cal. Civ Code § 1788.30(c)*, and

23. Any other relief that this Honorable Court deems appropriate.

## **DEMAND FOR JURY TRIAL**

PLEASE TAKE NOTICE that Plaintiff, BEN BAKER, demands a jury trial in this cause of action.

RESPECTFULLY SUBMITTED,

DATED: March 22, 2011              KROHN & MOSS, LTD.


By: /s/ Nicholas J. Bontrager

Nicholas J. Bontrager
Attorney for Plaintiff

## VERIFICATION OF COMPLAINT AND CERTIFICATION

STATE OF CALIFORNIA

Plaintiff, BEN BAKER, states as follows:

1. I am the Plaintiff in this civil proceeding.
2. I have read the above-entitled civil Complaint prepared by my attorneys and I believe that all of the facts contained in it are true, to the best of my knowledge, information and belief formed after reasonable inquiry.
3. I believe that this civil Complaint is well grounded in fact and warranted by existing law or by a good faith argument for the extension, modification or reversal of existing law.
4. I believe that this civil Complaint is not interposed for any improper purpose, such as to harass any Defendant(s), cause unnecessary delay to any Defendant(s), or create a needless increase in the cost of litigation to any Defendant(s), named in the Complaint.
5. I have filed this Complaint in good faith and solely for the purposes set forth in it.
6. Each and every exhibit I have provided to my attorneys which has been attached to this Complaint is a true and correct copy of the original.
7. Except for clearly indicated redactions made by my attorneys where appropriate, I have not altered, changed, modified or fabricated these exhibits, except that some of the attached exhibits may contain some of my own handwritten notations.

Pursuant to 28 U.S.C. § 1746(2), I, BEN BAKER, hereby declare (or certify, verify or state) under penalty of perjury that the foregoing is true and correct.

*B Ba L* (signature)

DATE: 2/24/2011

BEN BAKER

PLAINTIFF'S COMPLAINT

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

# EXHIBIT A

PLAINTIFF'S COMPLAINT

| (Unknown) | Today |
| 800-724-1107 | 7:45 AM |

| (Unknown) | Today |
| 800-724-1107 | 7:45 AM |

| Aaron Smith | Yesterday |
| M 740-624-1546 | 8:05 PM |

| (Unknown) | Yesterday |
| 1-559-741-7400 | 7:27 PM |

| Aaron Smith | |



1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

**EXHIBIT B**

## **Ben Baker v. Creditors Interchange**

Yes, this message is solely intended for Benjamin Baker.  If this is not Benjamin, please hang up.  By continuing to listen to this message, you acknowledge you are the right person.  Mr. Baker, my name is Mr. Schwender and I am contacting you with Creditors Interchange.  The number where you can return my call is 1-877-770-6321 at extension 4036.  When returning the call please refer to the reference number of 14781231, 1-877-770-6321 at extension 4036.  I look forward to speaking to you in regards to this now.  Again the numbering in which to return my call is 1-877-770-6321 at extension 4036.  When returning the call please refer to the reference number of 14781231.  Thank you.

Yes, this message is solely intended for Benjamin Baker.  If this is not Benjamin, please hang up.  By continuing to listen to this message, you acknowledge you are the right person.  My name is Mr. Schwender and I am contacting you with Creditors Interchange in reference to an important business matter.  The number where you can return my call today Mr. Baker is 1-877-770-6321 at extension 4036.  Again the reference number where you can return my call is 14781231.  Thank you and have a good day.