1  Nicholas J. Bontrager, Esq. (SBN 252114)
   Krohn & Moss, Ltd.
2  10474 Santa Monica Blvd., Suite 401
   Los Angeles, CA  90025
3  T: (323) 988-2400; F: (866) 802-0021
   nbontrager@consumerlawcenter.com
4  BEN BAKER

## UNITED STATES DISTRICT COURT,
## EASTERN DISTRICT OF CALIFORNIA

| BEN BAKER, | ) | **Case No.:** 1:11-cv-00492-LJO -GSA |
|---|---|---|
| Plaintiff, | ) ) | **NOTICE OF SETTLEMENT** |
| v. | ) ) | |
| CREDITORS INTERCHANGE RECEIVABLE MANAGEMENT, LLC, | ) ) ) | |
| Defendant. | ) ) ) | |

NOW COMES the Plaintiff, BEN BAKER, by and through the undersigned counsel and hereby informs the court that a settlement of the present matter has been reached and is in the process of finalizing settlement, which Plaintiff anticipates will be finalized within the next 30 days.

Plaintiff therefore requests that this honorable court vacate all dates currently set on calendar for the present matter.

DATED: August 19, 2011            RESPECTFULLY SUBMITTED:

                                  By:  /s/ Nicholas J. Bontrager
                                  Nicholas J. Bontrager, Esq. (SBN 252114)
                                  Krohn & Moss, Ltd.
                                  10474 Santa Monica Blvd., Suite 401
                                  Los Angeles, CA  90025
                                  T: (323) 988-2400; F: (866) 802-0021
                                  nbontrager@consumerlawcenter.com
                                  Attorney for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on August 19, 2011, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system.  I further certify that on August 19, 2011, I served all counsel of record with a copy of this document by way of the CM/ECF system.

By:     /s/ Nicholas J. Bontrager

Nicholas J. Bontrager, Esq.