UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BEN BAKER,<br><br>            Plaintiff,<br><br>    vs.<br><br>CREDITORS INTERCHANGE RECEIVABLE MANAGEMENT, LLC,<br><br>            Defendant.<br>_____/ | CASE NO. CV F 11-0492 LJO GSA<br><br>**ORDER AFTER SETTLEMENT**<br>(Doc. 17) |

Plaintiff's counsel filed a notice of settlement. Pursuant to this Court's Local Rule 160, this Court ORDERS the parties, no later than September 24, 2011, to file papers to dismiss this action in its entirety, or to show cause why settlement has not been completed to permit dismissal of this action.

This Court VACATES all court dates and pending matters, including the August 26, 2011 hearing on plaintiff's attorney fees motion. This Court will take no further action on the motion.

Failure to comply with this order may be grounds for the imposition of sanctions on any and all counsel or parties who contributed to the violation of this order. *See* Local Rule 160 and 272.

IT IS SO ORDERED.

**Dated:    August 22, 2011**                         /s/ Lawrence J. O'Neill
                                                                          UNITED STATES DISTRICT JUDGE