**UNITED STATES DISTRICT COURT,
EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| BEN BAKER,<br><br>        Plaintiff,<br><br>v.<br><br>CREDITORS INTERCHANGE<br>RECEIVABLE MANAGEMENT, LLC,<br><br>        Defendant. | Case No.: 1:11-cv-00492-LJO -GSA<br><br>**PROPOSED ORDER** |

Based upon the Stipulation to Dismiss by all appearing parties and pursuant to Fed. R. Civ. P. 41(a)(1), the above reference matter is hereby dismissed with prejudice.

The clerk is directed to close this action.

IT IS SO ORDERED.

Dated:  **September 27, 2011**          /s/ Lawrence J. O'Neill
                                                                      UNITED STATES DISTRICT JUDGE